**Richard STANLEY, Plaintiff-Appellant,**

v.

**CLEAR RECON CORPORATION;
Nationstar Mortgage, LLC,
Defendants-Appellees.**

**No. 16-55633**

United States Court of Appeals,
Ninth Circuit.

Submitted November 15, 2017 *

Filed November 21, 2017

Charles Thomas Marshall, Charles T. Marshall, Attorney at Law, San Diego, CA, for Plaintiff-Appellant

Timothy R. Pomeroy, Aldridge Pite, LLP, San Diego, CA, for Defendant-Appellee Clear Recon Corporation

Howard D. Hall, Attorney, Hall Huguenin LLP, Santa Ana, CA, Markus D. Self, Green & Hall, LLP, Santa Ana, CA, for Defendant-Appellee Nationstar Mortgage, LLC

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Richard Stanley appeals from the district court's judgment dismissing his action alleging federal and state law claims arising out of foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Stanley fails to address how the district court abused its discretion in dismissing his action for failure to comply with the local rules. As a result, Stanley has waived his challenge to the dismissal order. *See Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir. 1999) ("On appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA,* 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant. . . .").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Stanley's request for oral argument, set forth in his opening brief, is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

